UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-4168 (JRT/FLN) |
| Petitioner, | |
| v. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE |
| MARCUS LASSITER, | |
| Respondent. | |

David W. Fuller, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for petitioner.

Katherine Menendez, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 5, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the United States' Petition to Determine Present Mental Condition of an Imprisoned Person under 18 U.S.C. §4245 [#1] is GRANTED. Mr. Lassiter is committed to the custody of the Attorney General and hospitalized at the FMC Rochester.

DATED: January 4, 2008
at Minneapolis, Minnesota.

                                                                          s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                     United States District Judge